159 A.3d 936

COMMONWEALTH of Pennsylvania, Respondent

v.

Zakary James WALLS, Petitioner

No. 423 MAL 2016

Supreme Court of Pennsylvania.

October 19, 2016

## ORDER

PER CURIAM

**AND NOW**, this 19th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.